In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-564 CV


 ______________________


 

MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A 


MEMORIAL HERMANN THE WOODLANDS HOSPITAL, Appellant



V.



VICTOR LUJAN, SR. AND MARIA LUJAN, EACH INDIVIDUALLY 


AND A/N/F FOR THEIR MINOR SON VICTOR LUJAN, JR., Appellee






On Appeal From the 410th District Court


Montgomery County, Texas


Trial Cause No. 07-04-04048 CV






MEMORANDUM OPINION


 The appellant, Memorial Hermann Hospital System d/b/a Memorial Hermann The
Woodlands Hospital, filed a motion to dismiss this accelerated appeal. The motion is
voluntarily made by the appellant prior to any decision of this Court and should be granted. 
Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is
granted and the appeal is dismissed.

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered February 7, 2008 

Before Gaultney, Kreger and Horton, JJ.